# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLY G. ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-CV-224 RLW |
| C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

In accordance with the parties' Joint Stipulation of Dismissal Without Prejudice,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of January, 2021.